# THE WEITZ LAW FIRM, P.A.

<div style="text-align: right;">
Bank of America Building  
18305 Biscayne Blvd., Suite 214  
Aventura, Florida 33160  
Main:  305-949-7777  
Fax:     305-704-3877
</div>

Robert J. Mirel, Esq.  
Member NY& NJ Bars, AR Federal Bar  
Email: rjm@weitzfirm.com

April 20, 2018

Via CM/ECF and Fax: 973-645-3097  
United States District Court District of New Jersey  
USPO & Courthouse  
1 Federal Sq., Room 457  
Newark, NJ 07101  
**Attention: Chambers of Mark Falk, United States Magistrate Judge**

        Re:    Vuppala v. 1665 Stelton Investment LLC  
               Case No.  2:17-cv-05109-JMV-MF

Dear Judge Falk:

      The undersigned, counsel for the Plaintiff, is pleased to report that the referenced civil action has been settled and that a settlement agreement has been drafted and is under review by the parties and their counsel.  Upon payment of the agreed settlement amount, which will be due 15 days after full execution of the settlement agreement, the action will be dismissed by a Stipulation of Dismissal, with Prejudice, to be executed and filed by the parties' counsel.  Kindly issue an Order of Dismissal, without Prejudice to the right of either party to restore this case within **60** days of such Order in the event the settlement agreement is not completed and executed within that time period.

      Furthermore, kindly cancel the settlement conference scheduled for April 25, 2018.

      Thank you for your cooperation.

<div style="margin-left: 50%;">
Yours very truly,  
THE WEITZ LAW FIRM, P.A.

By: _/s/ Robert J. Mirel_____  
     Robert J. Mirel
</div>