## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| KIRAN VUPPALA, | : CASE NO: 2:17-cv-05109-JMV-MF |
| Plaintiff, | : |
| vs. | : |
| 1665 STELTON INVESTMENT LLC, a New Jersey limited liability company, | : |
| Defendant. | : |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The Plaintiff, KIRAN VUPPALA (hereinafter the "Plaintiff"), by and through his undersigned counsel, and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulates to a voluntary dismissal of this action with prejudice as to Defendant, 1665 STELTON INVESTMENT LLC, a New Jersey limited liability company.

Dated: This 28th day of September, 2018.

Respectfully submitted,

By: S/ Robert J. Mirel
Robert J. Mirel, Esq.
NJ Attorney ID #000322001
THE WEITZ LAW FIRM, P.A.
Attorney for Plaintiff
18305 Biscayne Blvd, Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: rjm@weitzfirm.com

So Ordered.

_____
John Michael Vazquez, U.S.D.J.

Date: 10/1/18

1